**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tetris Holding, LLC ) | |
| ) | Case No. 1:22-cv-651 |
| v. ) | |
| ) | Judge: Hon. Mary M. Rowland |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Tetris Holding, LLC ("Tetris") against

the Defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's

Complaint (collectively, the "Infringing Websites" or "Infringing Webstores"), and Plaintiff

having moved for entry of Default and Default Judgment against the Defendants not already

dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the TETRIS word mark and Tetris design mark (U.S. Reg. Nos. 1657499, 2288504, 2362238, 2362250, 3818232, 4313472, 4309504, 3396574, 3518292, 4592832) (collectively, the "Mark" or "Marks").

The registrations are valid, unrevoked, and uncancelled. Defendants use the Mark on the Infringing Websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the TETRIS trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing,

2

advertising, offering for sale, or sale of any product that is not a genuine Tetris product or not authorized by Plaintiff to be sold in connection with the TETRIS Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tetris product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Tetris and approved by Plaintiff for sale under the TETRIS Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Tetris, or are sponsored by, approved by, or otherwise connected with Tetris;

d. further infringing the TETRIS trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the TETRIS trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the Infringing Webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TETRIS trademark or

any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Tetris product or not authorized by Tetris to be sold in connection with the TETRIS trademark; and

i. registering any additional stores, websites, or domain names that use or incorporate any of the TETRIS trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, eBay, DHGate, Joom, Newegg, Shopify, Wish, Walmart, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the TETRIS Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing Webstores.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two-Hundred and Fifty Thousand Dollars (U.S.) and No Cents ($250,000.00) for using counterfeit TETRIS Trademarks on products sold through at least the Infringing Webstores. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, AliExpress, Amazon, eBay, DHGate, Joom, Newegg, Shopify, Wish, Walmart, (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong,

Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

  i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

  ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in

Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: June 23, 2022

_U.S. District Court Judge Mary M. Rowland_

**Schedule A**

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Shenzhen Aifurui Technology Co., Ltd. | afrtech |
| 3 | Shennzhen Elecview Technology Co., Ltd | elecview |
| 4 | Fuzhou Gulou District Guxi Liaohua Decoration Firm | global-gift |
| 5 | Shantou Chenghai Hancheng Toy Industry Co., Ltd. | hcwjtoys |
| 6 | Shenzhen Youruikang Technology Co., Ltd. | vastway |
| 7 | Shenzhen New Cool Xuan Technology Co., Ltd. | xinkuxuan |
| 8 | Zyker Store | 114365 |
| 9 | Computercable4u | 200516 |
| 10 | 365 children Store | 210084 |
| 11 | E-Products Store | 315957 |
| 12 | MasksHealth Store | 318485 |
| 13 | Baby Children Toy World Store | 328546 |
| 14 | The Cabin Store | 436703 |
| 15 | HOGNSIGN 33566831 Store | 518413 |
| 16 | GoMeet Store | 705959 |
| 17 | BuyInCoins Store | 713545 |
| 18 | eGizmo Store | 735162 |
| 19 | eCos Store | 736265 |
| 20 | Shenzhen ESPLONG Store | 830541 |
| 21 | EXTRA-FASHION Store | 917028 |
| 22 | Shenzhen lixunte Technology Ltd. | 1091879 |
| 24 | Gultek Co. Ltd | 1121078 |
| 25 | MAOKE Store | 1157623 |
| 26 | Froke Store | 1195074 |
| 27 | RondaFul Brand FlagShip Store | 1229829 |
| 28 | imagestore | 1282567 |
| 29 | ODILO Official Store | 1283237 |
| 30 | Fun*Toy Store | 1305311 |
| 31 | JXDOFFICIAL Store | 1368104 |
| 32 | Art Palace | 1382981 |
| 33 | ProYK Games Console Store | 1390826 |
| 34 | FORNORM Speciality Store | 1420103 |
| 37 | YOREK Official Store | 1669141 |

| 38 | The Girl Next Door Trading Co., Ltd | 1682313 |
|----|-----------------------------------|---------|
| 39 | Janedream Baby Store | 1775920 |
| 40 | Tension Global Trade Co., Ltd. | 1875698 |
| 41 | Battery Global Store | 1941041 |
| 42 | echoend | 1964011 |
| 43 | Profonest International Trading Corporation Limited | 1977061 |
| 44 | i3C Store | 1982385 |
| 45 | SaiCi | 1986369 |
| 47 | Intelligent homes&Camera Accessories Store | 2189142 |
| 49 | Jane home-she Store | 2334047 |
| 50 | Ali-Toy | 2338060 |
| 51 | Woweinick Store | 2345199 |
| 52 | Ali-Jetting Toy Store | 2494084 |
| 53 | Sharon Stone Store | 2625010 |
| 54 | ArmyAnts Electronic Store | 2657138 |
| 55 | Muiltry Normstil Store | 2678042 |
| 56 | JeanDan Store-ufza Store | 2792151 |
| 57 | forbeauty123 Store | 2835073 |
| 58 | Children Stylish Garden Store | 2840090 |
| 59 | My Childhood World Store | 2901299 |
| 60 | Shop2936063 Store | 2936063 |
| 61 | CE discount Store | 2951155 |
| 62 | MUQGE Store | 2959012 |
| 63 | 3C House Store | 2963206 |
| 64 | C-onsumerS Store | 2992087 |
| 65 | E-lectronic Store | 3002050 |
| 67 | HiseeuSecurity Store | 3101078 |
| 69 | F intelligent Car Store | 3166002 |
| 70 | Hysen 3-C Tech Store | 3168022 |
| 71 | NEWNANA Store | 3180023 |
| 72 | Funny plee Store | 3185003 |
| 73 | powstro Official Store | 3198024 |
| 74 | Study-Stationery Store | 3216138 |
| 75 | OG intelligence Store | 3220003 |
| 76 | Internet Online Cosumer Store | 3220151 |
| 77 | Similar-World Store | 3279010 |
| 78 | MUQGEW BB Store | 3347006 |

| 79 | Maloo Toy Store | 3455001 |
|----|----|----|
| 80 | CoolBaby Store | 3598003 |
| 81 | XO02 Store | 3628180 |
| 82 | Digitial & Entertainment & Stationary Store | 3632075 |
| 83 | Roya Baby Store | 3659017 |
| 84 | Royaltoy Store | 3669042 |
| 85 | Baby Toy City Store | 3670110 |
| 86 | Shop3675037 Store | 3675037 |
| 87 | Ashopro Official Store | 3681017 |
| 88 | Shop3718005 Store | 3718005 |
| 89 | VERFANS Store | 3755016 |
| 90 | DINA TOY Store | 3851023 |
| 92 | Goodpal Store | 3864069 |
| 93 | L^-^Y Store | 3871059 |
| 94 | Enjoying+z Store | 4058066 |
| 95 | LOLEDE Toy Store | 4257027 |
| 96 | Oh Ma Baby Store | 4286046 |
| 97 | Boratat Digital Store | 4298048 |
| 98 | RM Tech Store | 4382049 |
| 99 | Shop4407032 Store | 4407032 |
| 100 | Shop4414039 Store | 4414039 |
| 101 | SHENZHEN CLOUDTECK Store | 4414169 |
| 102 | Global Digital Direct Store | 4416105 |
| 103 | AliExpress Professional 3C Accessories Store | 4419160 |
| 104 | SHENZHEN TRONIC Store | 4460006 |
| 105 | Posthuman Battery Store | 4638100 |
| 106 | AiYue-Tech Store | 4652063 |
| 107 | Royallove ZXHT Store | 4653011 |
| 108 | Su Geer Store | 4660134 |
| 109 | Shop4673070 Store | 4673070 |

| 110 | Vae baby Store | 4693130 |
|---|---|---|
| 111 | Audio & Video Equipments Store | 4750002 |
| 112 | 3C Tech Zone Store | 4754002 |
| 113 | Spielzeug Store | 4800097 |
| 114 | Jo Toy Store | 4834113 |
| 115 | Gaming World Store | 4836146 |
| 116 | Intelligence Watch Store | 4883032 |
| 117 | Personal Status Store | 4915107 |
| 118 | kwaiiyoyo Store | 4923104 |
| 119 | Omnipotent Wardrobe Store | 4924095 |
| 120 | YangYang Baby Store | 4986133 |
| 121 | BSDT Grobal Store | 4989213 |
| 122 | Game peripherals&3C-Electronics Store | 4997053 |
| 123 | Elcwill Official Store | 5000234 |
| 124 | Pudcoco Babypick Store | 5004089 |
| 125 | Jokerchan16 Store | 5006388 |
| 126 | 7 Rings Store | 5007084 |
| 127 | Child Dropshipping Store | 5019186 |
| 128 | Carelove Baby Store | 5022151 |
| 129 | 53 Romantic House Store | 5042193 |
| 130 | Global 3Cc Store | 5042221 |

| | | |
|---|---|---|
| 131 | Digital Online Shopping Store | 5053369 |
| 133 | DonnaDonna Store | 5070173 |
| 134 | SamS VIP Store | 5076156 |
| 135 | O-ffice E-lectronics Store | 5128056 |
| 136 | Shop5201038 Store | 5201038 |
| 137 | Hongyunda-Tech Store | 5206032 |
| 138 | Shop5239055 Store | 5239055 |
| 139 | Shop5244255 Store | 5244255 |
| 140 | Letaoele Game Controller Store | 5251033 |
| 141 | Zrowz Store | 5262136 |
| 142 | Global--Dropshipping Store | 5367049 |
| 143 | You are my lover Store | 5399016 |
| 144 | Shop5408047 Store | 5408047 |
| 145 | USENSET Direct Store | 5422127 |
| 146 | Shop5441212 Store | 5441212 |
| 147 | Car & Motorcycle Tools Store | 5488231 |
| 148 | CLCTURRE Drop shipping Store | 5496014 |
| 149 | E-Smartial Store | 5499002 |
| 150 | Shop5513023 Store | 5513023 |
| 151 | Shop5573027 Store | 5573027 |
| 152 | digital buyer Store | 5584057 |

| 153 | Shop5592209 Store | 5592209 |
|---|---|---|
| 154 | Shop5619147 Store | 5619147 |
| 155 | Techno-Space Store | 5620019 |
| 156 | Dongdong toy Store | 5636384 |
| 157 | Children's - Clothes Store | 5709084 |
| 158 | Toy and Maternity Supplies Store | 5712034 |
| 159 | LD Factory Store | 5733307 |
| 160 | biarabul Store | 5786272 |
| 161 | MOUGOL Official Store | 5789848 |
| 162 | Gaming Online Store | 5798717 |
| 163 | Information Appliance Store | 5886647 |
| 164 | Mandy's 539 Store | 5887367 |
| 165 | Shop5888550 Store | 5888550 |
| 166 | Retracing The Childhood Store | 5973010 |
| 167 | CSMN Store | 900031001 |
| 168 | SHgeZm Toy Store | 900198005 |
| 169 | Ublue Store | 900235301 |
| 170 | Quickness And Furious Store | 900254474 |
| 171 | Moda Vestir Store | 900330003 |
| 172 | Childhood Favors Store | 910320045 |
| 173 | Alione Store | 910326220 |

| | | |
|---|---|---|
| 174 | Delighted Baby Store | 910335003 |
| 176 | Pelefun Toy Store | 910369297 |
| 178 | Baby Life Dropship Store | 910547286 |
| 179 | Warm House Decoration Zoe Store | 910568048 |
| 180 | Shop910603028 Store | 910603028 |
| 183 | children's party 233 Store | 910750036 |
| 184 | DreamGogo Store | 910801036 |
| 186 | Day toy Store | 910827023 |
| 187 | AEEQ Store | 910840028 |
| 189 | Car Monopolying Store | 910968048 |
| 190 | Hu Hu Up Store | 910970035 |
| 191 | Warm warm warm Store | 911031018 |
| 192 | JINHF Store | 911034050 |
| 193 | Tinytoys Store | 911036138 |
| 194 | Passing by Store | 911038060 |
| 195 | Grapefruit flavour Store | 911040008 |
| 196 | Sportsuit freely Store | 911041028 |
| 197 | ZHUZU Digital Store | 911059048 |
| 198 | Shop911064054 Store | 911064054 |
| 199 | DreamHoho Store | 911066155 |
| 200 | Shop911109278 Store | 911109278 |

| 201 | ZMQY Global Store | 911111079 |
|---|---|---|
| 202 | Shop911116165 Store | 911116165 |
| 203 | SOEC Store | 911128153 |
| 204 | Shop911136021 Store | 911136021 |
| 205 | Shop911136040 Store | 911136040 |
| 206 | Shop911137204 Store | 911137204 |
| 207 | GOOSLA Official Store | 911189134 |
| 208 | ToysAce Store | 911191043 |
| 209 | Funny CCC Digital Store | 911217259 |
| 210 | Youngst Store | 911222100 |
| 211 | electronicmaster buyer Store | 911256239 |
| 212 | Digital Product 8888 Store | 911257082 |
| 213 | COLHU Store | 911261033 |
| 215 | DreamsFactory Toy Store | 911303095 |
| 216 | Das-RC Store | 911304163 |
| 217 | Intelligent66 Life Store | 911332138 |
| 218 | 9999 sold Store | 911337169 |
| 219 | Shop911376011 Store | 911376011 |
| 220 | Shop911412638 Store | 911412638 |
| 221 | Home-Deco&Impr Set Store | 911416328 |
| 222 | Shop911534009 Store | 911534009 |

| | | |
|---|---|---|
| 223 | Heaven outpatient Store | 911545134 |
| 224 | My Fantasy baby life Store | 911549165 |
| 225 | Mouse And Their Friends Store | 911550008 |
| 226 | Dear Mr Store | 911551014 |
| 227 | The 14th Store | 911558015 |
| 228 | Windmill Store | 911558234 |
| 229 | Shop911577199 Store | 911577199 |
| 230 | mangu Store | 911600823 |
| 231 | Smart-Home- Store | 911601804 |
| 232 | Sensoda Digital Franchise Store | 911603422 |
| 233 | Technology-Life Store | 911606823 |
| 234 | Shop911611123 Store | 911611123 |
| 235 | Baby's Happiness Store | 911644018 |
| 236 | Pai Xin Store | 911658191 |
| 237 | tubo7287 Store | 911658387 |
| 238 | FSdollhouse Store | 911659372 |
| 239 | Playgound'house Store | 911665037 |
| 242 | BORON Store | 911713297 |
| 243 | Kids Wonderland 521 Store | 911713366 |
| 244 | wanfen888 Store | 911718502 |
| 246 | Mommy Baby Life Museum Store | 911753648 |

| 247 | Mobile phone spare parts Store | 911760190 |
|---|---|---|
| 248 | Anwish E-commerce Store | 911766674 |
| 249 | YangXielectronic Store | 911776284 |
| 250 | LD Global factory mobile phone accessories Store | 911784918 |
| 251 | liuxiaodan' Store | 911793795 |
| 253 | Hug SuperBaby Store | 911812111 |
| 254 | 3C-Zhijia Store | 911818244 |
| 255 | LD Global mobile phone accessories factory Store | 911860052 |
| 256 | xiaodan2 Store | 911870481 |
| 257 | eufengmai Store | 911872451 |
| 258 | LiaoGan233 Store | 911874117 |
| 259 | kakamu toy Store | 911880110 |
| 260 | Aroom L Store | 911885027 |
| 261 | xiaofen2 Store | 911893223 |
| 262 | Wowcool Store | 911912056 |
| 263 | Quality life starts today Store | 911928057 |
| 264 | Disposable and KN95 Mask for healthy Store | 911928739 |
| 265 | A Baby Toy Store | 911934820 |
| 266 | SuperGame Knight Store | 911942668 |
| 267 | ManGuGoods Store | 911945533 |
| 268 | A-Tron Electronical Equipment Store | 911945766 |

| | | |
|---|---|---|
| 270 | Barry666 Store | 911979105 |
| 271 | homebesttool Store | 912014174 |
| 272 | Win ZMQY Store | 912016380 |
| 273 | GuGu Children's Toy Store | 912023158 |
| 274 | CSFLY Store | 912056009 |
| 275 | TCL Online Store | 912063520 |
| 276 | AliExpresses Retro Handheld Store | 912063718 |
| 277 | AngPai six Store | 912064083 |
| 278 | Sansan Global Store | 912065552 |
| 279 | AangPai Store | 912067073 |
| 280 | koberity Store | 912071023 |
| 281 | SDVSDF Store | 912151039 |
| 283 | 3C--Technology Store | 912169005 |
| 284 | winbar Store | 912173913 |
| 285 | Cuboid mobile phone accessories Store | 912178582 |
| 286 | Sprout Digital Store | 912187429 |
| 287 | Mobile phone charging cable Store | 912187559 |
| 288 | HKFZwhiter Store | 912220169 |
| 289 | tubo4 Store | 912237004 |
| 290 | ONEKEY Store | 912246200 |
| 291 | wanfen3 Store | 912252005 |

| 292 | SeanXiaoW Store | 912256307 |
|---|---|---|
| 293 | SH HOUSE Store | 912261247 |
| 294 | LH Phone peripherals Store | 912270701 |
| 295 | Xiaoming Toy Store | 912270799 |
| 296 | All good goods Store | 912272766 |
| 297 | tianmude Store | 912318470 |
| 298 | mujin. Store | 912318566 |
| 299 | LDD-Sport Store | 912319599 |
| 300 | HEYSTOP Authorized Store | 912323304 |
| 301 | MBTY Store | 912332428 |
| 302 | W-Style Gathering point Store | 912348525 |
| 303 | JinLikeU Store | 912349724 |
| 304 | Good things-share Store | 912359044 |
| 305 | E-lectronic Accessories Store | 912371941 |
| 306 | Y-E-Commerce Store | 912388191 |
| 307 | COLQU Store | 912388308 |
| 308 | CCC Electro-Digital Store | 912388763 |
| 309 | RY Digital Store | 912397328 |
| 310 | tubofive Store | 912407964 |
| 311 | XYYX Store | 912422160 |
| 312 | Fifthene Digital Store | 912428774 |

| | | |
|---|---|---|
| 313 | TAOAO TQQ BABY Store | 912431624 |
| 314 | JY's Global Toy Store | 912457381 |
| 315 | Booha Store | 912460548 |
| 316 | tubosix Store | 912462703 |
| 317 | Have Fun Dropshopping Store | 912498474 |
| 318 | YUEYANGFACTORY Store | 912513960 |
| 319 | 187club Store | 912562366 |
| 320 | New chess toy Store | 912592091 |
| 321 | 420683 Store | 912612132 |
| 322 | chenyu 002 Store | 912612652 |
| 323 | European service Store | 912614291 |
| 324 | 152682 Store | 912620250 |
| 325 | Digital and School Supplies Store | 912621312 |
| 326 | Boom boom toy store Store | 912622641 |
| 327 | miqixiaodian Store | 912628246 |
| 328 | tubo7 Store | 912641146 |
| 329 | Shenzhen Game World Store | 912655240 |
| 330 | wanfen4 Store | 912657557 |
| 331 | Wood-123 Store | 912661022 |
| 332 | zn butler Store | 912665095 |
| 333 | SPAKOGY Store | 912679650 |

| | | |
|---|---|---|
| 334 | shop 98625326 Store | 912680242 |
| 335 | Children 777 Store | 912680914 |
| 336 | zhanglong Store | 912682420 |
| 337 | NUOhan Store | 912683239 |
| 338 | DoReMiFaSol Store | 912683483 |
| 339 | happyer Store | 912686118 |
| 340 | Dreamtoys Factory Store | 912688932 |
| 341 | Bigfanshu | A10IIN1FOO23ZS |
| 342 | duhe189014 | A13QU0LJ9XB3FH |
| 348 | NJGRAE | A18EIQKXCP3H4M |
| 349 | MLBH NA | A18IIT4TH44ROS |
| 351 | Mavonna | A1CDXI2AGZFXP9 |
| 352 | Thrivinger | A1EMV0R8OLETWC |
| 353 | Odewrom | A1H6JRB1ZUIZ0H |
| 354 | Zunjikelon | A1JW1YQESP6IWA |
| 355 | TJJ1003 | A1LAKM1BXAL8UE |
| 356 | Wanxiaoh_US„Äê7-15 Days Delivery„Äë | A1LY3LOW64O484 |
| 357 | GUSSICA | A1NA5O2V98HZXC |
| 362 | TOPSKU | A1TSLME7KMYUL8 |
| 364 | Loyoforever | A1W7F50FJ3MS7N |
| 365 | AISALL | A1XDA4O9QTOKRF |

| 367 | Li WenWen | A1ZFJE2BPX53IA |
|---|---|---|
| 368 | Tafunshy | A264H5LY1RLC1Q |
| 370 | wezeen | A26C1FNUQOQIN0 |
| 371 | zhongshaoFFF | A2A2M6U205DP3Q |
| 372 | KLS-DISTRIBUTION | A2A80QDVDNBG16 |
| 374 | perfecthome | A2CURER1AMF2NV |
| 376 | Hongdong | A2J8K6AQI3T2QL |
| 378 | JIPU | A2L0YPGJ3WE6LF |
| 380 | WEGO-US | A2MT3E9BVR3UG2 |
| 382 | MEILINMEISHI | A2S9W5ANY5XF6T |
| 384 | Unc*Kid | A2V67F07DWYMO0 |
| 386 | DONGYUETANG | A30YJ2VKUF49Z4 |
| 389 | A coquettish tiger | A36656BXC5BAB8 |
| 390 | NXNG,úø | A36WOP18X9Q333 |
| 391 | mingshunqifeng | A38C3WSB0A2KP0 |
| 392 | TWFERR | A38G0TGFOX7V3O |
| 393 | RanWuA | A38ICSZM4WQXSL |
| 394 | Feternal Dircet | A38S83XWW9FAUG |
| 397 | Elfenfirma | A3B2J7S0TSL6OT |
| 398 | Jimdarny | A3BA9N07AKE8YF |
| 399 | xmzhuyijia | A3CS0JE3SJBRCE |

| 400 | C-FUNN | A3D2DQM2243ZUR |
|---|---|---|
| 401 | SZ SMJ | A3D5SU50DFSYVC |
| 404 | Joy Century Global Store | A3R09QJ3SJ2BTV |
| 405 | JIbaoFUpal | A3U0VMYNDYKRY0 |
| 406 | Old john store | A3VMOUSVEBQ4OK |
| 407 | biaterd | A3VR4B96JNBW6X |
| 408 | Dynamicoz | A3VVLM4E2WW3U1 |
| 411 | NDHGAWS | A9QV4BSEN0V73 |
| 412 | YUNMAIG | ABROMR3Z81W07 |
| 413 | HANGSU | AEWNGKGQGCVVX |
| 414 | Clearful | AH4TS9OLG1IGE |
| 415 | Abuyn | AI0C64OO0FX08 |
| 416 | Fueyou | AIFIKQWX4N10T |
| 418 | hongyaomeiwei | APEM2O9EUZK9Y |
| 419 | RYKJ-FF | AVFW2TOAMRBHB |
| 421 | Banggood | banggood.com |
| 423 | SMOKE PLAYER Store | 14498058 |
| 428 | egocig Store | 16955955 |
| 429 | szloop Store | 17702954 |
| 430 | wind1398 Store | 19904170 |
| 433 | Newe e Consumer Store | 20128997 |

| | | |
|---|---|---|
| 435 | miumiu03 Store | 20322932 |
| 437 | ecty Store | 20377954 |
| 438 | gdzstech2016 Store | 20436693 |
| 440 | veina Store | 20732683 |
| 442 | wholeglobal Store | 20751877 |
| 443 | tengxy Store | 20965303 |
| 444 | ximall Store | 20986763 |
| 448 | Pretty Vapes Store | 21080695 |
| 449 | vgstar Store | 21145257 |
| 450 | sellerxx Store | 21211210 |
| 453 | Nszstar Store | 21237313 |
| 455 | maizhao01 Store | 21360599 |
| 457 | bigbakchoy100 Store | 21457424 |
| 458 | goodscenter0 Store | 21457771 |
| 464 | szxlj668 Store | 21514905 |
| 466 | scout66 Store | 21532933 |
| 467 | meidoll Store | 21564247 |
| 468 | cnsupergirl Store | 21564252 |
| 469 | sznovon Store | 21570813 |
| 470 | gddg2020 Store | 21586440 |
| 471 | szsunlight01 Store | 21586443 |

| 472 | honghujt922 Store | 21586472 |
|---|---|---|
| 473 | szhhdy168 Store | 21586479 |
| 474 | alliance018 Store | 21586648 |
| 476 | cn8090 Store | 21588957 |
| 478 | jackpost Store | 21602364 |
| 480 | amongus Store | 21633578 |
| 481 | emong2021 Store | 21633579 |
| 482 | cocomei Store | 21633581 |
| 485 | appliancess Store | 21635264 |
| 486 | theanglee Store | 21635272 |
| 487 | tiqihao Store | 21635283 |
| 488 | gamepads Store | 21635302 |
| 489 | tinsnoww Store | 21635326 |
| 491 | exiddixe Store | 21635381 |
| 494 | everyyypick Store | 21635411 |
| 495 | jipigua Store | 21635412 |
| 496 | youyusi Store | 21635414 |
| 498 | xueyaa Store | 21635420 |
| 499 | wanyueble Store | 21635521 |
| 501 | xorosho Store | 21635605 |
| 503 | shaneba Store | 21635625 |

| | | |
|---|---|---|
| 504 | yijiantech Store | 21636135 |
| 505 | haoweilai Store | 21636680 |
| 506 | xinhemei2021 Store | 21637394 |
| 507 | dadastore Store | 21640562 |
| 509 | huihuangguoji02 Store | 21648580 |
| 510 | topcasesell Store | 21650252 |
| 512 | eternity_vpen Store | 21654199 |
| 514 | quality_seller668 Store | 21673651 |
| 515 | factorydirect068 Store | 21682281 |
| 516 | fastdelivery018 Store | 21682292 |
| 517 | globalsupply028 Store | 21682295 |
| 518 | monica088 Store | 21682300 |
| 520 | promax2022 Store | 21685215 |
| 521 | shangpinchaogou Store | 21702005 |
| 522 | factorydirectsale01 Store | 21705300 |
| 523 | leadthetrend06 Store | 21705334 |
| 524 | dafu09 Store | 21709900 |
| 525 | xyfz2 Store | 21716970 |
| 526 | tian0991 Store | 21719834 |
| 527 | fidget05 Store | 21723014 |
| 528 | wanju0816 Store | 21731313 |

| | | |
|---|---|---|
| 529 | skystate Store | 21732113 |
| 530 | ctecstoreeer Store | 21739943 |
| 531 | sportlife2022 Store | 21741855 |
| 532 | yundagood Store | 21742723 |
| 533 | ubestfactory2021 Store | 21746115 |
| 535 | 2019_2020 | 2019_2020 |
| 536 | 34jakob | 34jakob |
| 537 | anjiolero | anjiolero |
| 538 | arrahemtech2019 | arrahemtech2019 |
| 539 | autoparts01 | autoparts01 |
| 540 | bargain-corner-2017 | bargain-corner-2017 |
| 541 | beezoneshop | beezoneshop |
| 542 | bestrome | bestrome |
| 543 | brijeskishop | brijeskishop |
| 544 | businesslt | businesslt |
| 545 | carsonfremont | carsonfremont |
| 546 | chinthaka-bro | chinthaka-bro |
| 547 | deimantst1334 | deimantst1334 |
| 548 | domistore-991 | domistore-991 |
| 549 | flowr06 | flowr06 |
| 551 | frizprice_italia | frizprice_italia |

| | | |
|---|---|---|
| 553 | greentalltrees | greentalltrees |
| 554 | grla_3338 | grla_3338 |
| 556 | jui_86 | jui_86 |
| 557 | liuxiaorui88 | liuxiaorui88 |
| 559 | magdaglodek | magdaglodek |
| 560 | mixetends10 | mixetends10 |
| 561 | niyice04 | niyice04 |
| 563 | prasannsamaraweer0 | prasannsamaraweer0 |
| 564 | puretouchshop | puretouchshop |
| 565 | quie-26yan | quie-26yan |
| 566 | sananur-37 | sananur-37 |
| 567 | sellingstar_786 | sellingstar_786 |
| 568 | shopping-experience | shopping-experience |
| 569 | single-dog | single-dog |
| 570 | store_nl | store_nl |
| 571 | toys-corner-mayhem | toys-corner-mayhem |
| 573 | weiweipay-9 | weiweipay-9 |
| 574 | windstowal | windstowal |
| 575 | wish_8135 | wish_8135 |
| 577 | yysb198311 | yysb198311 |
| 578 | zanalch-73 | zanalch-73 |

| | | |
|---|---|---|
| 579 | zqinqin126 | zqinqin126 |
| 581 | WonderfulBuying | 1502175302827650741-167-3-26193-2843511085 |
| 583 | bless-or | 1509616152582130816-199-3-26193-3992581530 |
| 586 | Visible Tension | 5b7396518b2c37033778f31f |
| 591 | Places Famous | 5d22e7668b45130301b01313 |
| 598 | courage on earth | 5e44c6d78b2c3703014f54c7 |
| 599 | BISHOU-Baby | 5e509b708b2c370301fc238d |
| 600 | Lullabey | 5e659fee28fc710301e1f729 |
| 601 | Auroray | 5e65a05528fc710301e20595 |
| 603 | Hong Haier | 6107aa1306471aa27e7829d2 |
| 604 | A-best | A-best |
| 605 | Ceyue | Ceyue |
| 606 | Enjonir | Enjonir |
| 607 | Fineros | Fineros |
| 608 | guyuehok | guyuehok |
| 609 | HANGLIDA | HANGLIDA |
| 610 | HAWEEL | HAWEEL |
| 611 | Himolins | Himolins |
| 612 | HONGPUTAO | HONGPUTAO |
| 613 | JIACHENGXIN | JIACHENGXIN |
| 614 | Juhewenhua-Shop | Juhewenhua-Shop |

| | | |
|---|---|---|
| 615 | Lelong | Lelong |
| 616 | New-Ocean-Tech | New-Ocean-Tech |
| 617 | OAKEN | OAKEN |
| 618 | Puluz | Puluz |
| 619 | Royal-beller | Royal-beller |
| 620 | Shengkedianzi | Shengkedianzi |
| 621 | Sunbands | Sunbands |
| 622 | Super-Electronics | Super-Electronics |
| 623 | Think | Think |
| 624 | XINFEI | XINFEI |
| 625 | ynaheim | ynaheim |
| 626 | 10dollarstore.com | 10dollarstore.com |
| 627 | allforall.shop | allforall.shop |
| 628 | dennisxl.com | dennisxl.com |
| 629 | Xiaojian Cai | 19733225 |
| 630 | wangd | 24919545 |
| 631 | Shenzhen Weitian Industrial Co., Ltd. | 101043398 |
| 632 | DongguanXYZElectronicTech Co., Ltd. | 101043414 |
| 633 | Luxsea | 101043420 |
| 634 | JANDEL | 101043438 |
| 635 | Shenzhen Linglangxi Network Technology Co., Ltd. | 101043449 |

| | | |
|---|---|---|
| 636 | Qingtian Diaocheng Trading Co., Ltd. | 101044606 |
| 637 | Hangzhou Feidie Technology Co., Ltd. | 101044674 |
| 638 | Smilesleep | 101075764 |
| 639 | Shanghai Huasha Business Consultancy Co.,Ltd. | 101076539 |
| 640 | shenzhenshiyuekedianzishangwuyouxiangongsi | 101076928 |
| 641 | shenzhenshishiwangtongdianzishangwuyouxiangongsi | 101077258 |
| 642 | shenzhenshihuiyaxinmaoyiyouxiangongsi | 101091857 |
| 643 | Sunshine store Line | 101093376 |
| 644 | Sunsent | 101095599 |
| 645 | shenzhenshiyixuanshengmaoyiyouxiangongsi | 101096867 |
| 646 | kaifengjianbenshangmaoyouxiangongsi | 101111962 |
| 647 | shenzhenshidexianghetaimaoyiyouxiangongsi | 101111969 |
| 648 | beihaiyuanxinkangdianzishangwuyouxiangongsi | 101114538 |
| 649 | yiwushilongmandeqimaoyiyouxiangongsi | 101114984 |
| 650 | shenzhenshiyangbomingyuanmaoyiyouxiangongsi | 101115190 |
| 651 | Springs Heart | 101116606 |
| 652 | Cubic Sugar International | 54157809f8abc8797a773249 |
| 653 | Hang Sheng Trading Co., Ltd. | 556d5f621db9d8344919d80f |
| 654 | shenzhenshihuidazhitaikejiyouxiangongsi | 558a18ec85c59e67d54ccb29 |
| 655 | booknev | 559d0003b454f44039f33552 |
| 657 | Good sun | 561e4a613a698c70dc5e64b7 |

| | | |
|---|---|---|
| 658 | Lemon tree502 | 5621fd2a3a698c68e9b6ca8a |
| 659 | Angel-Baby.Store | 5628b3c724d6e215b106df76 |
| 660 | Guangzhou Witt Trading Company | 56385ee02b6c381003c88be4 |
| 662 | YIWUSHITUOCHENGYOUXIANGONGSI | 565cfe0afa4ec82030a718a0 |
| 664 | DesignedForU | 5690a2bb3a698c14cb356240 |
| 665 | globalbuying | 56de9db4a6969d168c791fca |
| 666 | Beautiful Star | 56f1124b307756589575cf2f |
| 667 | mountai | 57051212380b2240c26d0543 |
| 668 | Efforts of Babu | 570b7a4dfda62558b575703e |
| 670 | Urban beauty | 5715f3286af03d5f1ad34a09 |
| 671 | Topseller_2016 | 5719f6fec798d45911c07185 |
| 672 | china made fashion | 571a14e96c39b15a979d96eb |
| 673 | Ancient-pure-point | 571de4868ec7135953f2b862 |
| 674 | homewell | 57304c3a3a698c2249157469 |
| 675 | koully | 57342334ef77745f2e9e9d96 |
| 677 | gudongpais | 5774e88ff2d06d74e76bca00 |
| 678 | ledibang | 577cc9f4fc06c374790f3a49 |
| 679 | xingyi | 5780c036ea637711923bfed3 |
| 680 | xihashenghuo | 579c476821933e5ea7ea3c89 |
| 681 | wangxinghua | 57aed30eee12361900ffe75d |
| 682 | Mela | 57bbd73b7ac98120438161f7 |

| | | |
|---|---|---|
| 684 | wangtingting.. | 5854d570781ebe54286ebf0f |
| 685 | Romberg handicraft | 5854f8fdfef40942072960c5 |
| 687 | GoGoFashionLife | 589d6105d9e1c4134f18ed6b |
| 688 | inkeepgo | 58b92522fe18665348518e1b |
| 689 | First-class-door | 58c2126a54d9795107590631 |
| 690 | caramel | 58c65591aeea5051c9a7bef0 |
| 692 | pillow | 58ff055d37d23b1127bf6db0 |
| 693 | spinner | 5909bb73455c5f349e62ebb7 |
| 694 | Ruiyou | 5911d2255d23a3329218cf12 |
| 696 | beauty100years | 592794cd63826c41eda696a6 |
| 697 | DONOTTAG666 | 594c791f8635f059cfedc3b8 |
| 698 | OutDoor Sport Vip Shop | 595646a8ccb87c7a3152b20f |
| 699 | HardwareVipStore | 595f5df5e209f740e5f048ae |
| 701 | lmx001 | 59677df96d138f037d3f9d2c |
| 702 | renyi30090 | 59892d104b913a5004b26e5d |
| 703 | sabbashop | 59b22daf8f545e45e627ec91 |
| 704 | phing001 | 59b7a17390a0f14e6d8cab47 |
| 705 | babyzaima | 59c866bb2351347dd82e61f7 |
| 706 | charmingnancy | 59c8bdde9fbc51213043dcd3 |
| 707 | gonago | 59fd35650a332a6200f43f43 |
| 708 | TELANNA | 5a1e1fa287c25b3331cef41f |

| | | |
|---|---|---|
| 709 | YuWenQiGE | 5a1eb84468788b6694e8ac89 |
| 710 | Cheetah yang | 5a9a131d08a2247cc6ba32c8 |
| 712 | 03shop | 5aaf7126a71fbf400c0ae419 |
| 713 | liaatin | 5ab1faa92dde5e09033f7d7d |
| 716 | Erssidun | 5b0bb190c721a977205efbb9 |
| 717 | yuuemoro | 5b0cf3e50128753b1976f279 |
| 718 | ybq889519 | 5b2727d67b94e12ce33752f0 |
| 719 | weixiaojiaju | 5b409150d5dbc20a4bc3bc7a |
| 720 | cheetahzhiqiang | 5b580558ae8a9b328aca9d40 |
| 721 | cheetahdong | 5b582e3d109f1b2bc07db044 |
| 726 | ziqidonglai111 | 5b82cf415b65433cc57df24c |
| 727 | WILLNANAIS AMAZING | 5b8a4e2d7e35a270158c5870 |
| 728 | leeyues shop | 5d3d1fa072b0c918421ea2d4 |
| 729 | Kais Store | 5d3facaa838897350513cc37 |
| 731 | Dokour Home 1 | 5d4fefe61527545380ad88c6 |
| 732 | ddcc1 | 5d51724f1527545221aee336 |
| 733 | huang147258 | 5d52b74a40defd387c357928 |
| 734 | Zhangwei Maoyi | 5d58d8881d8629594042ee5f |
| 735 | cheetahhongjie | 5d590545560eca423fefa5cc |
| 736 | WLZGood | 5d5ab71133f0b44411c03aca |
| 737 | VOVA Official Store | 5d69fd0825da6b306b99624e |

| 738 | Su-mall | 5d7fa2542888356eec39685c |
|---|---|---|
| 739 | yayachen | 5d83373922e7770fdcdbcde5 |
| 740 | mentinyijin | 5d95b141e9668169001b5660 |
| 741 | sanhuo | 5db53191f93328402cb61211 |
| 742 | Jun&Joan | 5dc649fee256710d20b1ae95 |
| 743 | sx949 | 5dd4fa464cc6673f80495275 |
| 745 | xinbaba | 5deca74ee2a53a3a02a1d5b5 |
| 747 | juanjuanmm | 5e1725c33a38e9005efe80a0 |
| 748 | chou68888 | 5e4671ddb39c9d1d015d9e59 |
| 749 | jkcn51 | 5e51303a8cd99e5d40bd48d4 |
| 750 | huahuaxixi | 5e551c5e207f9d0343f06d5e |
| 751 | xiangchun1 trade | 5e5bb9dc2861d51b14278ccc |
| 752 | wrn1 | 5e5f1f39f76ca42fc06c74cd |
| 753 | ming2258 | 5e64e02c00ff375f0f8f3bf5 |
| 754 | ChixiapakK | 5e6cc25b29e7860e81df27ed |
| 755 | ShituijimC | 5e6dce95eb2b33c180763f66 |
| 756 | guoguokk | 5e6f70a06bab20ad40ba506c |
| 757 | Ruth J. Morgan- | 5e6fb044b27484add9c14272 |
| 758 | MarquisMattox | 5e7413c17e1ecc19429844e2 |
| 759 | LesterKentzMxC | 5e75893053f8c638961bb07c |
| 760 | Lminer | 5e79595e29e7862f5ce1eb15 |

| | | |
|---|---|---|
| 761 | Cute Ornament World | 5e7959b149340717017cd050 |
| 762 | Chisce | 5e7de0680ed1ea9950cfc525 |
| 763 | mose28tmcvq | 5e81868b29e7861a00aeef66 |
| 764 | nortonf3gkl62f | 5e818696e979f9b6caa605b5 |
| 765 | Barbara H Kelly | 5e85547dd69a0e138f39e280 |
| 766 | Catalina J Reid | 5e85584578b9307c69e3e2b5 |
| 767 | Andrew D White | 5e855b18338f472bada2a3a6 |
| 768 | Kenneth I Smith | 5e8568bd43cfc7cf919f360c |
| 769 | wusen | 5e8a9596d98d816181c05bba |
| 771 | gaofeifeilkkjh | 5e8ebc838b70cb591db57666 |
| 772 | Amanda D Gothard | 5e942c417fbade60aebd94b5 |
| 773 | Domingo M Young | 5e9432026dc9796e5c16106f |
| 774 | Bertha A Farmer | 5e94429229e78658c08989a4 |
| 775 | Elaine J Peterson | 5e9443b9a93eff81f94790d9 |
| 776 | Peter S Parker | 5e9448d529e78658c08997f8 |
| 777 | Stephanie C Bloomfield | 5e9554c64ebef109cbf4e852 |
| 778 | Monika D Hartness | 5e959ad04ebef14575f4e57d |
| 779 | Lucio B Butera | 5e993ba7ec96214c42ecb178 |
| 780 | tepseuyta | 5e9aa00e2aad6e1083e47d83 |
| 781 | keauthothrfpul | 5e9aa0eba42593a40c98a868 |
| 782 | Musubianql | 5ea421957733e0c4c2954309 |

| 783 | Thomas Dennard | 5ead4dd729e78612ea324c5b |
|---|---|---|
| 784 | Creative place | 5eb6c349cefdd6aaa99c7962 |
| 785 | KTV4415 | 5eed947d8cdd777ee8e892db |
| 786 | fvmt6275 | 5f01ad8f792d0b9cad9c2427 |
| 787 | baiyali925452 | 5f20f87f8058bb4e50dcd943 |
| 788 | runruncolt | 5f2f96c47aaec083f7b8efac |
| 789 | aezi | 5f34469b42f2285939379275 |
| 790 | Liuliying1201 | 5f3607ad70acc03f232edb75 |
| 792 | NephewZhai,donkeyBrigadeuB | 5f500e32422d7aaeb0551097 |
| 793 | RidgejudgerodjarbY | 5f500e53422d7ac0e3551085 |
| 794 | BoilandburnpT | 5f500fa454139d1c41084606 |
| 795 | ActingthirstyandimitatingwC | 5f501023cc7530d3c468ac8d |
| 796 | qing8542 | 5f56f31ede2080c65895d879 |
| 797 | ElaineExpress | 5f641ab60aedc5003f0e3dc9 |
| 798 | ELANMART | 5f7d2339294a2811a71726e2 |
| 799 | incongruent | 5f8dad5edb053405b859be9b |
| 800 | NCX‚Äòs store | 5f9f5961b189b60ca2d47711 |
| 801 | wangzhenting Store | 5fa4e9794869e90b1b25e949 |
| 802 | XURINUANYANG | 5fc612a33e691f3badfacb0d |
| 803 | amlidor | 5fc793d61f8786a5963bf1de |
| 804 | Ruaite | 5fd31d6e5f852f0a336bfbcb |

| | | |
|---|---|---|
| 805 | hgkygoi4 | 5fd58328d8cf0c4e403e0a1a |
| 806 | niebromick543 | 5fd806140efffb126f8330fc |
| 807 | nwrow | 5fdc5c227bc8671a894665ec |
| 808 | markgeffers4 | 5fdd70bb760a6c283d7f497c |
| 809 | Myshop2021 | 5fe24e670897e9ff58a01afb |
| 810 | rnsui | 5fe54b434b77d66bc781007f |
| 811 | msfjw | 5ff80b886ac4335697adc89a |
| 812 | nueuo | 600251d3ca4e2618ec662da7 |
| 813 | jykkf | 600f85dd8913a21540ef9910 |
| 814 | ftoyh | 600facf5de5f6f04ef3b2b81 |
| 815 | Loghin | 603da4ec96365020b2c17d27 |
| 816 | MAGGjing5136 | 604826fa187c350b797f04e3 |
| 817 | zuoxiuxiu0964 | 60712f8f3d5ed65972fc62ce |
| 818 | yangmengxue8716 | 6073b94007f6a40a06360f3d |
| 819 | ZHUANGHONG8981 | 6073bcc08a9187270e9728cd |
| 820 | chenxiulin668 | 60a09dc17dcbb1442c3d9a58 |
| 821 | CRAZYMAMMY | 60adb0c8993c100e029b2a74 |
| 822 | ping888 | 60d020be15da1051b63b6025 |
| 823 | La Moda in Shoes | 60d9d2def396832b44d7a12e |
| 824 | ElectroAuto HH | 60da3cdce05e6d005cf8a890 |
| 825 | RPN KANGAROO | 60db28d307823ca2c3f175d7 |

| | | |
|---|---|---|
| 827 | tangkun2620 | 61306a1d615026493f8777ec |
| 828 | taishegmla | 61343548b0395a90d7b67ec2 |
| 829 | lseejikcuns | 6135b93ebc312b9a970beea1 |
| 830 | Bicimon | 6157b98a039f42544500c6a3 |
| 831 | Cachapas88 | 61684ce5ce71a62d7d88e11f |
| 832 | Lazaruks | 61685bbabefe24934b27aae6 |
| 833 | Calzados aguila | 61695fddf51b17e7d582ad70 |
| 834 | flowKalua | 616fe347b86c9c31686fdbe0 |
| 835 | keaonnan | 617034a38ddcf7c1dc700acf |
| 836 | Shanadow | 61704806f8ad157f3315da91 |
| 837 | Zinly | 61706cd8be8f87fdb9e77327 |
| 838 | Litle's perlas | 61707e7e910373b6bf6fddb5 |